IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTOR COVERT,

    *Plaintiff*,

v.                                                 Case No.: 1:24cv60-MW/ZCB

SOUTHEASTERN CONCRETE
PUMPING, INC., et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 50. Based on this record, this Court finds that dismissal with prejudice is an appropriate sanction because Plaintiff has engaged in willful conduct by repeatedly failing to respond to discovery in violation of Court Orders and the Federal Rules of Civil Procedure. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 50, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 47, is **GRANTED**. The Clerk shall enter judgment stating, "This case is **DISMISSED with prejudice**

as a sanction for Plaintiff's repeated failure to provide sufficient interrogatory responses and respond to Defendants' requests for production as required by this Court's Orders and the Federal Rules of Civil Procedure." The Clerk shall close the file.

**SO ORDERED on June 24, 2025.**

**s/Mark E. Walker<u>                </u>**
**United States District Judge**
